BEFORE THE FIRST DIVISION, MARCH 9, 1949

**No. 52914.**—Sandoz Chemical Works, Inc. *v.* United States, protest 142035–K (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52915.**—Chemical Specialties Co., Inc. *v.* United States, protests 143858–K, etc. (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52916.**—American Ferment Co., Inc., et al. *v.* United States, protests 137647–K, etc. (New York).

Opinion by COLE, J.   In accordance with stipulation of counsel that the substance in question is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138), the claim of the plaintiffs was sustained.

**No. 52917.**—J. A. Price *v.* United States, protest 130031–K (Galveston).

Opinion by COLE, J.   An examination of the official papers disclosing that the protest was not filed within the statutory period of 60 days after the date of liquidation, as required by section 514, Tariff Act of 1930 (19 U. S. C. § 1514), the motion to dismiss was granted.

BEFORE THE SECOND DIVISION, MARCH 9, 1949

**No. 52918.**—Katz Berk Hat Body Corp. *v.* United States, protest 944804–G (New York).